# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| HALEY LINS,<br><br>      Plaintiff,<br><br>vs.<br><br>HARTFORD FIRE INSURANCE CO.,<br><br>      Defendant. | Cause No.: CV-24-90-GF-JTJ<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Upon the Stipulation to Dismiss with Prejudice (Doc. 18) between the parties hereto, by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

DATED this 20th day of March, 2025.

_____
John Johnston
United States Magistrate Judge